UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61419-CIV-ALTMAN/Hunt

**ALEJANDRO VERGARA**,

      Plaintiff,

v.

**JOHN C. HEATH,
ATTORNEY AT LAW, PLLC**,

      Defendant.

_____/

## ORDER

**THIS MATTER** came before the Court on the Plaintiff's Notice of Pending Settlement [ECF No. 9]. The Court, having carefully reviewed the record and being otherwise fully advised, hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of this Order.

2. If the parties fail to complete the expected settlement, either party may ask the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, ~~Florida, this~~ 30th day of July 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record